In re State of Louisiana; — Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Iberville, 18th Judicial District Court Div. C, No. 309-75; to the Court of Appeal, First Circuit, No. 2004 KW 1870.
Writ granted; conviction and sentence reinstated. Because Campbell v. Louisiana, 523 U.S. 392, 118 S.Ct. 1419, 140 L.Ed.2d 551 (1998), does not apply retroactively, see Coe v. Bell, 161 F.3d 320, 353, 355 (6th Cir.1998), relator has not shown that his claim is based on a new rule of constitutional criminal procedure “retroactively applicable to his case.” La.C.Cr.P. art. 930.8(A) (2). Accordingly, he filed below untimely. La.C.Cr.P. art. 930.8. See also State v. Simmons, 00-3017 (La.5/4/01), 791 So.2d 644.
JOHNSON, J., would deny the writ.